**Order entered December 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01297-CV

## ERICA WHITLOCK, JERRAMY JAY BOYLES, AND WALTER GALE "TREY" BOYLES, Appellants

### V.

## CSI RISK MANAGEMENT, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05743**

## ORDER

As directed to do so, appellants have filed written verification they have requested and paid for the reporter's record. Accordingly, we **ORDER** Lanetta Williams, Official Court Reporter for the 116th Judicial District Court, to file the reporter's record no later than January 3, 2020.

/s/    BILL WHITEHILL
          JUSTICE